[928 NE2d 409, 902 NYS2d 27]

DIOMARA DeJESUS, an Infant, by Her Father and Natural Guardian, FRANCISCO DeJESUS, Appellant, v JOSE J. ALBA et al., Respondents.

Decided May 6, 2010

**APPEARANCES OF COUNSEL**

*Seligson, Rothman & Rothman,* New York City (*Martin S. Rothman* of counsel), for appellant.

*Picciano & Scahill, P.C.*, Westbury (*Gilbert J. Hardy* of counsel), for respondents.

### OPINION OF THE COURT

On review of submissions pursuant to section 500.11 of the Rules of the Court of Appeals (22 NYCRR 500.11), order affirmed, with costs, and certified question not answered upon the ground that it is unnecessary. The Appellate Division properly concluded that no triable issues of fact existed whether defendant driver acted prudently under the circumstances.

Concur: Chief Judge Lippman and Judges Ciparick, Graffeo, Read, Smith, Pigott and Jones.